**FILED**

SEP 0 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8802 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Alba ARREGUIN-Perez | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 2, 2008, within the Southern District of California, defendant Alba ARREGUIN-Perez did knowingly and intentionally import approximately 43.40 Kilograms (95.48 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 3rd DAY OF SEPTEMBER, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alba ARREGUIN-Perez

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On September 2, 2008, Alba ARREGUIN-Perez entered the United States at the Calexico, California East Port of Entry. ARREGUIN was the driver and sole occupant of a 1997 Chrysler Concorde registered in her name. At the time of her entry, Customs and Border Protection Officer (CBPO) S. Baca and Canine Enforcement Officer (CEO) R. Navarro were conducting pre-primary inspection operations. During the pre-primary operations, CEO Navarro used his Narcotic Detector Dog (NDD) to screen ARREGUIN's vehicle. The NDD alerted to the passenger side door of the vehicle, indicating the presence of the odor of a controlled substance in that area.

CBPO Baca began to conduct a primary inspection of ARREGUIN and the vehicle. CBPO received a negative Customs declaration from ARREGUIN. ARREGUIN told CBPO Baca that she had owned the vehicle for two months. CBPO Baca noticed that ARREGUIN's hands were visibly shaking as she handed him here documents.

Upon searching the vehicle, CBPO Baca observed a non-factory compartment located behind the rear seat of the vehicle. Upon encountering the compartment, CBPO Baca handcuffed ARREGUIN and escorted her to the vehicle secondary office.

A further search of the vehicle resulted in the discovery of 41 packages concealed within the non-factory compartment. The packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the packages was 43.40 Kilograms (95.48 pounds).

Special Agents (SA) Struckmeyer and Lewenthal responded to the Port of Entry and interviewed ARREGUIN. ARREGUIN told SA's Struckmeyer and Lewenthal that she purchased the vehicle from a friend named "ANDRES". She has known "ANDRES" for more than a year and that ANDRES is a drug smuggler. He has repeatedly asked her to smuggle drugs into the United States, but she has declined.

She recently agreed to smuggle cans of freon gas into the United States for $1,000 for Andres. She saw another drug smuggler put six cans of freon into the vehicle, but she also saw the same person take the cans out of the vehicle before she left for the Port of Entry. Based on the circumstances, she was suspicious that the vehicle may contain drugs, but she did not know for sure.